IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN JAMES WILSON, | No. C-92-3181 TEH (PR) |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| GREG LEWIS, Warden, | |
| Respondent. | |

Respondent's request for an extension of time is GRANTED. Doc. # 16. Respondent shall file its Answer or other responsive pleading by August 17, 2012. If Petitioner wishes to respond, he shall do so by filing a Traverse (if Respondent files an Answer) or an Opposition or Statement of Non-Opposition (if Respondent files a motion to dismiss) with the Court and serving it on Respondent within thirty (30) days of his receipt of the Answer or other responsive pleading.

IT IS SO ORDERED.

DATED   *06/25/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\OLD FILES\Wilson-92-3181 eot.wpd